UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED

March 12, 2007


No. 07-133
3:92-cr-00153-2


In Re: D'ANDRE TORRES

       Movant


---------
O R D E R
---------

    Movant has filed a motion pursuant to 28 U.S.C. Section 2244 for authorization to file a successive application for relief.

    The Court denies the motion.

    Entered at the direction of Judge Williams with the concurrence of Judge Traxler and Senior Judge Hamilton.


                  For the Court,


                  /s/ Patricia S. Connor
                  _____
                       CLERK